[No. 3788-6-III. Division Three. April 7, 1981.]

SPOKANE ASSOCIATES, *Respondent,* v. RALPH BOCKMIER III, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 241388, Thomas E. Merryman, J.,

entered December 18, 1979. *Affirmed* by unpublished per curiam opinion.